UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOY PERRY, doing business as
FREEDOM THROUGH CHRIST
PRISON MINISTRY and PRISON
PEN PALS, and
WRITEAPRISONER.COM, INC.,**
a Florida corporation,

      **Plaintiffs,**

                                  Case No.: 3:09-cv-403-MMH-JRK

**BARRY REDDISH, in his official
Capacity as Warden at Union
Correctional Institution, et al.,**

      **Defendants.**
_____/

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' 'MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS, ETC.'

Defendants, Barry Reddish, et al., hereby respond in opposition to Plaintiffs' above-styled motion, as follows:  Defendants' counsel are drafting their response to Plaintiffs' 'motion for summary judgment', and have structured their argument and response with the twenty page limitation in mind.  Defendants respectfully submit that Plaintiffs should have done the same, and it would be unfair at this late juncture to allow Plaintiffs to violate the Rule, thus forcing Defendants' counsel to reassess and possibly redraft their argument.

    Defendants' counsel do take exception to Plaintiffs' unnecessary, gratuitous comment that Defendants have themselves exceeded the page limitation in their initial motion for summary judgment.   Both Plaintiffs and Defendants were granted leave to do so, and Plaintiffs as well as Defendants had the benefit of submitting comprehensive memoranda.  Defendants also

regret Plaintiffs having found it necessary to state:" Defendants gave no reason or basis for opposing this motion." All they needed to state was that Defendants oppose said motion.

Accordingly, Defendants submit this brief response. This case has been thoroughly briefed and argued in the initial round of filings for summary judgment on both sides. Plaintiffs should be required to follow the rule regarding page limitations in their response.

Respectfully submitted,

**BILL McCOLLUM**
**ATTORNEY GENERAL**


/s/Joe Belitzky
**JOE BELITZKY**
**SENIOR ASSISTANT ATTORNEY GENERAL**
**FLORIDA BAR NO. 0217301**

OFFICE OF THE ATTORNEY GENERAL
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
joe.belitzky@myfloridalegal.com

/s/ Lance Eric Neff
LANCE ERIC NEFF
Assistant Attorney General
Florida Bar No. 26626
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Lance.Neff@myfloridalegal.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to counsel of record on this 10th day of June, 2010.

/s/ Joe Belitzky
JOE BELITZKY