**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOY PERRY, doing business as
FREEDOM THROUGH CHRIST PRISON
MINISTRY and PRISON PEN PALS, and
WRITEAPRISONER.COM, INC., a Florida
corporation,

                        Plaintiffs,

vs.                                            Case No.  3:09-cv-403-J-34JRK

BARRY REDDISH, in his official capacity
as Warden at Union Correctional
Institution, et al.,

                        Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Leave to Exceed the Page Limits for Plaintiffs' Response to Defendants' Motion for Summary Judgment and Request for Expedited Consideration (Dkt. No. 49; Motion) filed on June 10, 2010.  In the Motion, Plaintiffs seek leave to file a response to Defendants' summary judgment motion that exceeds the page limit by ten pages. See Motion at 2.  Plaintiffs assert that additional pages are needed to address the issues raised in the summary judgment motion, which also exceeded the page limit, with the Court's permission. See id.  Defendants oppose the relief requested in the Motion. See Defendants' Response in Opposition to Plaintiffs' 'Motion for Leave to Exceed the Page Limits, Etc.' (Dkt. No. 50).  After due consideration, it is

      **ORDERED**:

1. Plaintiffs' Motion for Leave to Exceed the Page Limits for Plaintiffs' Response to Defendants' Motion for Summary Judgment and Request for Expedited Consideration (Dkt. No. 49) is **GRANTED, in part, and DENIED, in part**.

2. The Motion is **GRANTED** to the extent that Plaintiffs may file a response to Defendants' summary judgment motion that exceeds the page limit by **five (5) pages**.

3. Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of June, 2010.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record