**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOY PERRY, doing business as
FREEDOM THROUGH CHRIST PRISON
MINISTRY and PRISON PEN PALS, and
WRITEAPRISONER.COM, INC., a Florida
corporation,

                Plaintiffs,

vs.                                               Case No.  3:09-cv-403-J-34JRK

BARRY REDDISH, in his official capacity
as Warden at Union Correctional
Institution, et al.,

                Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendants' Motion to Amend Case Management and Scheduling Order (Dkt. No. 48; Motion) filed on May 27, 2010.  In the Motion, Defendants request that discovery in this matter be reopened for thirty days for the purpose of allowing Plaintiffs' counsel an opportunity to depose a newly discovered witness.  See Motion at 1.  Plaintiffs object to the relief requested in the Motion.  See Plaintiffs' Response in Opposition to Defendants' Motion to Amend Case Management and Scheduling Order (Dkt. No. 52; Response).  Upon review of the Motion and Response, the Court finds Defendants have shown good cause for the relief requested.

      Accordingly, it is **ORDERED:**

      1.     Defendants' Motion to Amend Case Management and Scheduling Order (Dkt. No. 48) is **GRANTED**.

2. Discovery in this matter is reopened for **thirty (30) days** from the date of this Order for the limited purpose of allowing the parties to conduct the deposition of Steve Arnold.

3. The Department of Corrections is directed to produce the personnel file of Steve Arnold to Plaintiffs prior to such deposition if requested by Plaintiffs.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of June, 2010.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Counsel of Record