UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOY PERRY, doing business as
FREEDOM THROUGH CHRIST
PRISON MINISTRY and PRISON
PEN PALS, and
WRITEAPRISONER.COM, INC.,**
a Florida corporation,

      **Plaintiffs,**

vs.                                    Case No.: 3:09-cv-403-J-34-JRK

**BARRY REDDISH, in his official
Capacity as Warden at Union
Correctional Institution, et al.,**

      **Defendants.**
_____/

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO 'PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY, ETC.'

      Defendants, through undersigned counsel, hereby file their memorandum in opposition to Plaintiffs' pending 'motion for leave to file reply to Defendants' response in opposition to motion for leave to file second amended complaint. Defendants submit that a reply is unnecessary, and will only further burden the record with an additional unnecessary pleading to be considered by the Court. Plaintiffs have set forth their reasons for seeking to again amend their complaint in their initial motion. Defendants have stated their reasons why the Court should deny that motion.

      The Court has sufficient information on which to base its ruling, and further pleadings addressed to this issue are unnecessary. Accordingly, Defendants submit that Plaintiffs' latest motion should be denied.

Respectfully Submitted,

**BILL MCCOLLUM**
**ATTORNEY GENERAL**

/s/ Joe Belitzky
JOE BELITZKY
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
PH: (850) 414-3300
FX: (850) 488-4872

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the court's CM/ECF system to Randall C. Berg, Jr., Esquire; Joshua A. Glickman, Esquire; and Shawn A. Heller, Esquire, Florida Justice Institute, Inc., 4320 Bank of America Tower, 100 S.E. Second Street, Miami, Florida 33131-2309 on this 5th day of August, 2010.

/s/ Joe Belitzky
JOE BELITZKY