UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOY PERRY, doing business as**
**FREEDOM THROUGH CHRIST**
**PRISON MINISTRY and PRISON**
**PEN PALS, and**
**WRITEAPRISONER.COM, INC.,**
a Florida corporation,

       **Plaintiffs,**

vs.                              Case No.: 3:09-cv-403-MMH-JRK

**BARRY REDDISH, in his official**
**Capacity as Warden at Union**
**Correctional Institution, et al.,**

       **Defendants.**
_____/

## NOTICE OF SATISFACTION OF JUDGMENT

    Defendants, through undersigned counsel, provide notice that the judgment entered in favor of Defendants for costs in the amount of $3,324.35 has been paid in full by Plaintiffs.

                 Respectfully Submitted,

                 **PAMELA JO BONDI**
                 **ATTORNEY GENERAL**

                 s/ Lance Eric Neff
                 LANCE ERIC NEFF
                 Assistant Attorney General
                 Florida Bar No. 26626
                 Lance.Neff@myfloridalegal.com
                 Office of the Attorney General
                 The Capitol, Suite PL-01
                 Tallahassee Florida 32399-1050
                 Telephone: (850) 414-3300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion has been furnished electronically through the court's CM/ECF system to counsel of record on this 26th day of March, 2012.

s/ Lance Eric Neff
LANCE ERIC NEFF
